Court of Criminal Appeals
of Texas P.O. Box 12308
Capitol Station; Austin, Texas 78711

47,835-03

Dear Court,

    I've went to the Texas State Law Library for copies of records. And, they've referred me to you.

    Can I have 2 copies per page?

Sincerely,
White, Jr., Patrick a.

  c. c. filed 7/1/15

P.S., Can I have 'all' pages.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 09 2015

Abel Acosta, Clerk



**TEXAS STATE LAW LIBRARY**
**P.O. BOX 12367**
**AUSTIN, TEXAS 78711-2367**

29 May 2015

RE: WR-47,835-02 & -03: entire case files

Patrick White (#827179)
Estelle Unit (032)
Huntsville, TX 77320

Dear Mr. White,

Thank you for contacting the Texas State Law Library. We received your request on 30 April 2015:

Enclosed is an estimate for the writ files you requested that are held at the Court of Criminal Appeals. Please note that the State Law Library is unable to provide free copies to indigent inmates. We have enclosed a copy of our information sheet, which contains our pricing information if you are interested in purchasing photocopies.

Sincerely,

State Law Library Reference Staff

*Can I please have 2 copies of each page please?*

*To add, can I please do my brother Wesley Wellington White the same favors. My brother is also being lynched also innocent and is also by the state of Texas #827633 TDCJ..."*